GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344

Attorneys for Plaintiff
MARINE DESIGN AND OPERATIONS, INC.

# THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

MARINE DESIGN AND OPERATIONS, INC., a New Jersey corporate entity,

    Plaintiff,

v.

SS PACIFIC STAR, her engines, tackle, equipment, appurtenances, freights, cargo, etc. (Official Number 239932) *in rem*, INTERNATIONAL DATA SECURITY, INC., a Delaware corporate entity; INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC, a Delaware corporate entity; MARITIME SECURITY ALLIANCE, LLC, a corporate entity of a state of the United States; and QUANTUM ROUTE, INC., a California corporate entity, *in personam*,

    Defendants.

CASE NO.: CV 08 3397

**CERTIFICATION OF INTERESTED PARTIES**

L.R. 3-16

//
//
//
//
//
//
//

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1)    MARINE DESIGN AND OPERATIONS, INC., a New Jersey corporate entity;

(2)    SS PACIFIC STAR, her engines, tackle, equipment, appurtenances, freights, cargo, etc. (Official Number 239932) *in rem*;

(3)    INTERNATIONAL DATA SECURITY, INC., a Delaware corporate entity;

(4)    INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC, a Delaware corporate entity;

(5)    MARITIME SECURITY ALLIANCE, LLC, a corporate entity of a state of the United States; and

(6)    QUANTUM ROUTE, INC., a California corporate entity;

(7)    ESCO MARINE, INC., a corporate entity of a state of the United States.

Dated:    15 July 2008

LAW OFFICES OF GEORGE W. NOWELL

By: _____
JOHN H. CIGAVIC III
Attorneys for plaintiff
MARINE DESIGN AND OPERATIONS, INC.