1  GEORGE W. NOWELL (SBN: 83868)
   george.nowell@nowelllaw.com
2  JOHN H. CIGAVIC III (SBN: 231806)
   john.cigavic@nowelllaw.com
3  **LAW OFFICES OF GEORGE W. NOWELL**
   120 Montgomery Street, Suite 1990
4  San Francisco, CA 94104
   Telephone: (415) 362-1333
5  Facsimile: (415) 362-1344

6  Attorneys for Plaintiff
   MARINE DESIGN AND OPERATIONS, INC.
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11 MARINE DESIGN AND OPERATIONS, INC., ) CASE NO.: CV-08-3397 (SI)
   a New Jersey corporate entity,        )
12                                        ) **PROOF OF SERVICE**
                  Plaintiff,              )
13                                        )
                  v.                      )
14                                        )
   SS PACIFIC STAR, her engines, tackle,  )
15 equipment, appurtenances, freights, cargo, etc. )
   (Official Number 239932) *in rem*,     )
16 INTERNATIONAL DATA SECURITY, INC., a   )
   Delaware corporate entity; INTERNATIONAL )
17 MARITIME SECURITY ALLIANCE, LLC, a     )
   Delaware corporate entity; MARITIME    )
18 SECURITY ALLIANCE, LLC, a corporate    )
   entity of a state of the United States; and )
19 QUANTUM ROUTE, INC., a California      )
   corporate entity, *in personam*,       )
20                                        )
                  Defendants.              )
21 _____)

22

23 //
24 //
25 //
26 //
27 //
28 //

1
**PROOF OF SERVICE (CV-08-3397 (SI))**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/25/2008 |
| NAME OF SERVER *(PRINT)* Eric Montoya / Bear Flag Process Services | TITLE Marine Design and Operations, Inc. v. SS Pacific Star, etc., et al. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

International Maritime Security Alliance, LLC, served Jane Doe, authorized agent for service of process, o, f, 40's, 5'7, 110lbs, brn, brn on 7/25/2008 at 2:40PM at 2121 3rd Street, San Francisco, CA 94107

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $0.00 | SERVICES $60.00 | TOTAL $60.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     7/25/2008
                   Date                      *Signature of Server*

                   1232 Market Street, #106, San Francisco CA 94102
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.