IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

| | |
|---|---|
| MARINE DESIGN AND OPERATIONS INC., | No. C 08-03397 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| § PACIFIC STAR, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 30, 2009 at 2:30 p.m.
Counsel ***must*** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 2, 2009.

DESIGNATION OF EXPERTS: 3/9/09 ; REBUTTAL: 3/30/09.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 17, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by May 8, 2009;

      Opp. Due May 22, 2009;  Reply Due May 29, 2009;

      and set for hearing no later than June 12, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 21, 2009 at 3:30 PM.

JURY TRIAL DATE: August 3, 2009 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The ENE session shall occur prior to the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge