IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINE DESIGN AND OPERATIONS INC., | No. C 08-3397 SI |
| Plaintiff, | **ORDER GRANTING MOTION BY SHEPPARD, MULLIN, RICHTER & HAMPTON LLP FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS INTERNATIONAL DATA SECURITY, INC.; INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC; AND QUANTUM ROUTE, INC. EFFECTIVE MAY 4, 2009** |
| v. | |
| SS PACIFIC STAR, *et al.*, | |
| Defendants. | |
| / | |

On March 13, 2009, the Court held a hearing on the motion by Sheppard, Mullin, Richter & Hampton LLP for leave to withdraw as counsel for defendants International Data Security, Inc.; International Maritime Security Alliance, LLC; and Quantum Route, Inc., (Docket No. 28). The Court GRANTS the motion effective May 4, 2009. Defendants are hereby informed that they must secure replacement counsel in order to proceed in this litigation because corporate entities may not represent themselves. Defense counsel shall serve a copy of this order on defendants.

**IT IS SO ORDERED.**

Dated: March 20, 2009

SUSAN ILLSTON
United States District Judge