GEORGE W. NOWELL, Cal. Bar No. 83868
JOHN H. CIGAVIC III, Cal. Bar No. 231806
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: 415-362-1333
Facsimile: 415-362-1344

Attorneys for Plaintiff
MARINE DESIGN AND OPERATIONS, INC.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
CHARLES S. DONOVAN, Cal. Bar No. 103667
BRIAN R. BLACKMAN, Cal. Bar No. 196996
ELISE K. SARA, Cal. Bar No. 253813
esara@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Defendants and Counterclaimants
INTERNATIONAL DATA SECURITY, INC.;
INTERNATIONAL MARITIME SECURITY
ALLIANCE, LLC; and QUANTUM ROUTE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINE DESIGN AND OPERATIONS, INC., a New Jersey corporate entity,<br><br>Plaintiff,<br><br>v.<br><br>SS PACIFIC STAR, her engines, tackle, equipment, appurtenances, freights, cargo, etc. (Official Number 239932) *in rem*, INTERNATIONAL DATA SECURITY, INC., a Delaware corporate entity; INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC., a Delaware corporate entity; MARITIME SECURITY ALLIANCE, LLC. a corporate entity of a state of the United States; and QUANTUM ROUTE, INC., a California corporate entity, *in personum*,<br><br>Defendants. | Case No. CV 08 3397 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE LAST DAY TO COMPLETE ADR**<br><br>[Complaint Filed: July 15, 2008] |

-1-

W02-WEST:5ELS1\401383638.2         STIPULATION AND PROPOSED ORDER CONTINUING THE ADR DATE

1     1.      All of the parties appearing in this action through their below-signed counsel
2 stipulate and request that this Court extend the time for the parties to complete ADR.
3     2.      This is the second request for a continuance of a Court-ordered date. The
4 first stipulated request to extend the ADR deadline was made because, approximately two
5 weeks before the ADR session was set to occur, Esco Marine, Inc. filed a lawsuit against
6 two of the *in personam* defendants in this lawsuit (*Esco Marine Inc. v. SS Pacific Star, et
7 al.*, U.S.D.C. N.D. Cal. Case No. 08-CV-5575-MEJ), and sought to have the two cases
8 formally related. Therefore, the parties stipulated to a continuance in the interest of
9 judicial economy and in the interest of saving resources.
10    3.      The reason for this request is that the Court granted Sheppard, Mullin,
11 Richter & Hampton LLP's ("Sheppard Mullin") Motion to Withdraw as Counsel of Record
12 for Defendants International Data Security, Inc., International Maritime Security Alliance,
13 LLC, and Quantum Route, Inc. on March 20, 2009. The Court's March 20, 2009 Order
14 becomes effective on May 4, 2009. The Court also continued the Further Case
15 Management Conference in this matter to June 5, 2009. Therefore, the parties have
16 stipulated to a continuance of the ADR date.
17    4.      The ADR coordinator has contacted the below signed parties and requested
18 that they file this stipulation and proposed order for the ADR Department's records.
19
20 IT IS SO AGREED.

| | | |
|---|---|---|
| 1 | Dated: March 31, 2009 | LAW OFFICES OF GEORGE W. NOWELL |
| 2 | | |
| 3 | | By /s/ *George W. Nowell* |
| 4 | | GEORGE W. NOWELL |
| 5 | | JOHN H. CIGAVIC III<br>Attorneys for Plaintiff |
| 6 | | MARINE DESIGN AND OPERATIONS, INC. |
| 7 | Dated: March 31, 2009 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 8 | | |
| 9 | | By /s/ *Elise K. Sara* |
| 10 | | ELISE K. SARA |
| 11 | | Attorneys for Defendants and Counterclaimants |
| 12 | | INTERNATIONAL DATA SECURITY, INC.; |
| 13 | | INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC; and QUANTUM ROUTE, INC. |

Pursuant to the stipulation set forth above, IT IS ORDERED THAT the last day to complete the ADR process is continued.

Dated: April _, 2009        UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

By /s/ Susan Illston
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE