*Law Offices of*
SCOTT S. FURSTMAN
510 NORTH THIRD STREET
SAN JOSE, CALIFORNIA 95129
TELEPHONE (408) 292-4132
FACSIMILE (408) 292-4162
sfurstman@sbcglobal.net

*IT IS SO ORDERED*
*Susan Illston*
Judge Susan Illston

June 24, 2009

Honorable Susan Illston
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102-3483

The case management conference has been scheduled to occur on July 7/17/09 @ 3 p.m. A joint case management statement shall be filed one week prior to the conference.

Re: Marine Design and Operations, Inc. v. SS Pacific Star, et al
Case No. CV08 3397 SI, and

Esco Marine, Inc. v. SS Pacific Star, et al
Case No. CV08 5575 SI

Dear Judge Illston:

At the Court's direction this letter is submitted to advise of the updated status of the above referenced matters. The undersigned has circulated this letter to opposing counsel who have reviewed and authorized its' submission to the Court.

Marine Design and Operations, Inc. v. SS Pacific Star, et al: Counsel for Defendants and Counterclaimants has received and completed preliminary review of former counsel's files and has conferred with Plaintiff's counsel, George W. Nowell. Further, a draft of a protective order has been submitted that will allow the parties access to documents and discovery previously produced. Discussions between Mr. Furstman and Mr. Nowell will continue.

Mr. Nowell has been in contact with Forrest Booth, Esq., the Early Neutral Evaluator designated in this case. The parties are anticipating an Early Neutral Evaluation on July 15, 2009. Accordingly, the date of July 17, 2009 is suggested by the parties for a further Case Management Conference.

Esco Marine, Inc. v. SS Pacific Star, et al: Plaintiff's counsel has provided Initial Disclosures pursuant to Rule 26, FRCP. Counsel for Defendants will submit an answer or responsive pleading to the Complaint on file and Disclosures on or before July 2, 2009.

Although a protective order has been circulated, at this time it is not believed to be necessary and relevant documents may be freely exchanged between the parties.

The date of July 17, 2009 would also be suggested for a further Case Management Conference.

Respectfully submitted

Scott S. Furstman

Cc: George W. Nowell, Esq.
    Norman J. Ronneberg, Esq.