GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344

Attorneys for Plaintiff
MARINE DESIGN AND OPERATIONS, INC.

SCOTT S. FURSTMAN (SBN: 76476)
sfurstman@sbcglobal.net
**LAW OFFICE OF SCOTT S. FURSTMAN**
510 North Third Street
San Jose, CA 95112
Telephone: (408) 292-4132
Facsimile: (408) 292-4162

Attorneys for Defendants and Counterclaimants
INTERNATIONAL DATA SECURITY, INC.,
INTERNATIONAL MARITIME SECURITY
ALLIANCE, LLC; and QUANTUM ROUTE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARINE DESIGN AND OPERATIONS, INC., a New Jersey corporate entity,<br><br>Plaintiff,<br><br>v.<br><br>SS PACIFIC STAR, her engines, tackle, equipment, appurtenances, freights, cargo, etc. (Official Number 239932) *in rem*, INTERNATIONAL DATA SECURITY, INC., a Delaware corporate entity; INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC, a Delaware corporate entity; MARITIME SECURITY ALLIANCE, LLC, a corporate entity of a state of the United States; and QUANTUM ROUTE, INC., a California corporate entity, *in personam*,<br><br>Defendants. | CASE NO.: CV-08-3397 (SI)<br><br>**STIPULATION AMENDED AND [PROPOSED] ORDER DISMISSING COUNTERCLAIM WITH PREJUDICE, CONTINUING TRIAL DATE, AND ASSIGNING THE CASE TO JUDICIAL SETTLEMENT CONFERENCE**<br><br>Complaint Filed: July 15, 2008<br><br>Trial Date: August 3, 2009 |

1

**STIPULATION AMENDED AND [PROPOSED] ORDER DISMISSING COUNTERCLAIM WITH PREJUDICE, CONTINUING TRIAL DATE, AND ASSIGNING THE CASE TO JUDICIAL SETTLEMENT CONFERENCE (CV-08-3397 (SI))**

P0730.2009-1808(2)

COME NOW the parties to the above-captioned litigation through their attorneys below-signed and stipulate and request the Court order as follows:

1. The bench trial of the above-captioned matter having been set to be tried on August 3 through August 4, 2009;

2. All of the parties appearing in this action agree to immediately narrow the issues for trial by in personam defendants and each of them dismissing their counterclaim with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(2) effective immediately upon entry of this Order; and

3. To enable the parties to promptly explore resolution of the remaining complaint, the parties jointly request that the bench trial in this action be continued to August 17, 2009, with all pre-trial preparations and filings standing as filed as of the close of business on July 30, 2009, i.e. with no requests for reopening of discovery, requests for testimony by experts, nor filing of additional pre-trial materials beyond those filed prior to 5 p.m. Wednesday, July 30, 2009 except as agreed in writing by both parties and/or as ordered by the Court; and

//
//
//
//
//
//
//
//
//
//
//
//

4. All parties request assignment of the case to a Magistrate Judge for settlement conference and accept the appointment of Magistrate Judge Zimmerman for a settlement conference on August 4, 2009.

IT IS SO AGREED.

Dated: July 30, 2009            **LAW OFFICES OF GEORGE W. NOWELL**

By: _____/s/ George W. Nowell_____
GEORGE W. NOWELL
Attorneys for Plaintiff and Counterclaim Defendant
MARINE DESIGN AND OPERATIONS, INC.

Dated: July 30, 2009            **LAW OFFICE OF SCOTT S. FURSTMAN**

By: _____/s/ Scott F. Furstman_____
SCOTT S. FURSTMAN
Attorneys for Defendants and Counterclaimants
INTERNATIONAL DATA SECURITY, INC.;
INTERNATIONAL MARITIME SECURITY
ALLIANCE, LLC; and QUANTUM ROUTE, INC.

Pursuant to the stipulation set forth above and good cause appearing therefore,

IT IS SO ORDERED.

Dated: _____, 2009        **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

By: _____[signature: Susan Illston]_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

3

**STIPULATION AMENDED AND [PROPOSED] ORDER DISMISSING COUNTERCLAIM WITH PREJUDICE, CONTINUING TRIAL DATE, AND ASSIGNING THE CASE TO JUDICIAL SETTLEMENT CONFERENCE (CV-08-3397 (SI))**

P0730.2009-1808(2)