GEORGE W. NOWELL (SBN: 83868)
george.nowell@nowelllaw.com
JOHN H. CIGAVIC III (SBN: 231806)
john.cigavic@nowelllaw.com
**LAW OFFICES OF GEORGE W. NOWELL**
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344
Attorneys for Plaintiff
MARINE DESIGN AND OPERATIONS, INC.

SCOTT S. FURSTMAN (SBN: 76476)
sfurstman@sbcglobal.net
**LAW OFFICES OF SCOTT S. FURSTMAN**
510 North Third Street
San Jose, CA 95112
Telephone: (408) 292-4132
Facsimile: (408-292-4162
Attorneys for Defendants
SS PACIFIC STAR, HER ENGINES, TACKLE, EQUIPMENT, APPURTENANCES, FREIGHTS, CARGO, ETC. (OFFICIAL NUMBER 239932) *in rem*;
INTERNATIONAL DATA SECURITY, INC.;
INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC; and
QUANTUM ROUTE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARINE DESIGN AND OPERATIONS, INC., a New Jersey corporate entity,<br><br>Plaintiff,<br><br>v.<br><br>SS PACIFIC STAR, her engines, tackle, equipment, appurtenances, freights, cargo, etc. (Official Number 239932) *in rem*, INTERNATIONAL DATA SECURITY, INC., a Delaware corporate entity; INTERNATIONAL MARITIME SECURITY ALLIANCE, LLC, a Delaware corporate entity; MARITIME SECURITY ALLIANCE, LLC, a corporate entity of a state of the United States; and QUANTUM ROUTE, INC., a California corporate entity, *in personam*,<br><br>Defendants. | CASE NO.: CV-08-3397 (SI)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>FRCivP Rule 41(a)(1)(ii) |

//

---

1

STIPULATION FOR DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER (CV-08-3397 (SI))

1  It is stipulated by and between Plaintiff MARINE DESIGN AND OPERATIONS, INC.
2  ("PLAINTIFF" or "MDO") and Defendants SS PACIFIC STAR, her engines, tackle, equipment,
3  appurtenances, freights, cargo, etc. (Official Number 239932) *in rem*, INTERNATIONAL
4  DATA SECURITY, INC., a Delaware corporate entity; INTERNATIONAL MARITIME
5  SECURITY ALLIANCE, LLC, a Delaware corporate entity; MARITIME SECURITY
6  ALLIANCE, LLC, a corporate entity of a state of the United States; and QUANTUM ROUTE,
7  INC., a California corporate entity, *in personam* ("DEFENDANTS"), through MDO's counsel of
8  record and DEFENDANTS' counsel of record, and requested that, a settlement of this matter
9  having been concluded that the above-entitled action be dismissed with prejudice pursuant to
10 Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

11 This stipulation and dismissal completely terminates the above entitled action against all
12 parties. Each party will bear its own attorney's fees and costs.
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0930.2009-1808

The parties hereto also request that this Court retain jurisdiction in order to enforce the terms and conditions of the settlement and release.

Dated: October 30, 2009          **LAW OFFICES OF GEORGE W. NOWELL**

By: _/s/ George W. Nowell_
GEORGE W. NOWELL
Attorneys for Plaintiff
MARINE DESIGN AND OPERATIONS, INC.

Dated: October 30, 2009          **LAW OFFICES OF SCOTT S. FURSTMAN**

By: _/s/ Scott S. Furstman_
SCOTT S. FURSTMAN
Attorneys for Defendants
SS PACIFIC STAR, HER ENGINES, TACKLE,
EQUIPMENT, APPURTENANCES, FREIGHTS,
CARGO, ETC. (OFFICIAL NUMBER 239932) *in rem*;
INTERNATIONAL DATA SECURITY, INC.;
INTERNATIONAL MARITIME SECURITY
ALLIANCE, LLC; and
QUANTUM ROUTE, INC.

### ORDER

The parties to the action having advised the court that they have agreed to a settlement on the terms above.

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: October ____, 2009      By: _/s/ Susan Illston_
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

---

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

3
STIPULATION FOR DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER (CV-08-3397 (SI))

P0930.2009-1808